Case 8:12-bk-08821-CPM Doc 1249 Filed 02/02/21 Page 1 of 3
Case 8:21-cv-00430-CEH Document 1-4 Filed 02/22/21 Page 1 of 3 PageID 1

FEB 02 2021
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION

3 Pages Scanned by NB

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


email

In Re:

HOWARD AVENUE STATION, LLC,   Case No. 8:12-bk-08821-CPM
                              Chapter 11
　　　　Debtor.
_____/

## NOTICE OF APPEAL

Thomas Ortiz, pro se, pursuant to Bankruptcy Rule 8001 of the Federal Rules of Bankruptcy Procedure, pursuant to Bankruptcy Rule 8003 of the Federal Rules of Bankruptcy Procedure, Local Rule 8003-1, and 28 U.S.C. § 158(a), give notice of his appeal to the District Court for the Middle District of Florida ECF No. 1240, which is the Order Denying Motion to Amend "Order on Motion for Clarifications: Supplementing Orders at Docket Nos. 1111 and 1115" (Doc. 1204) Entered on November 10, 2020, entered on January 19, 2021.

Thomas Ortiz asserts that the nature of the above Order is final.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys, if applicable, are as follows:

Party: Debtor, Howard Avenue Station, LLC
Counsel for the Debtor
Stichter Riedel Blain & Postler, P.A.
Attn: Amy Denton Harris
110 E. Madison Street, Suite 200
Tampa, Florida 33602
Telephone: 813-229-0144
Facsimile: 813-229-1811
Email: aharris@srbp.com


Parties: VMOB, LLC; The Block in Soho, LLC; and PNC, LLC
Counsel for the foregoing

1

Leon A. Williamson, Jr.
Law Office of Leon A. Williamson, Jr., P.A.
306 South Plant Ave., Suite B
Tampa, FL 33606
Telephone (813) 253-3109
Facsimile (813) 253-3215
Leon@LwilliamsonLaw.com


Party: Frank R. Kane
Counsel for Frank R. Kane
GENOVESE JOBLOVE & BATTISTA, P.A.
Attn: Eric D. Jacobs
100 N. Tampa Street, Suite 2600
Tampa, Florida 33602
Tel. (813) 439.3100
Fax (813) 439.3153
Email: ejacobs@gjb-law.com

Respectfully submitted,

THOMAS ORTIZ
303 S. Melville Ave.
Tampa, Florida 33606
(813) 714-8085

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this __2___ day of February 2021, true and correct copies of this Notice has been served on the following:

United States Trustee, Timberlake Annex, Suite 1200, 501 E. Polk St., Tampa, FL 33602;

Stuart J Levine, 601 Bayshore Blvd., Suite 720, Tampa, FL 33606;

Amy Denton Harris, 110 East Madison Street, Suite 200, Tampa, FL 33602;

Eric D. Jacobs, GENOVESE JOBLOVE & BATTISTA, P.A.,100 N. Tampa Street, Suite 1645,, Tampa, FL 33602;

and any other parties who receive electronic notices via CM/ECF in the ordinary course of business.

3