[TRANSMITTAL OF NOTICE OF APPEAL TO DISTRICT COURT]

UNITED STATES BANKRUPTCY COUT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:    Case No. 8:12-bk-08821-CPM

Howard Avenue Station, LLC

_____Debtor(s)_____/

TRANSMITTAL OF NOTICE OF APPEAL TO DISTRICT COURT

This is an appeal pursuant to 28 U.S.C. §158(a) from a judgment, order or decree of the Bankruptcy Court entered in this bankruptcy case.

Notice of Appeal filed by Thomas Ortiz on February 2, 2021 (Doc. No. 1249)

Title of the order appealed is Order Denying Motion To Amend "Order On Motion For Clarifications: Supplementing Orders At Docket Nos. 1111 and 1115" (Doc. 1204) Entered On November 10, 2020  (Doc. No. 1240) entered on January 19, 2021.

The party or parties included in the appeal to the District Court are:

APPELLANT: Thomas Ortiz, 303 S. Melville Ave., Tampa, FL 33606
(813) 714-8085

ATTORNEY:  Pro Se

APPELLEE:    Howard Avenue Station, LLC

**ATTORNEY:**    **Amy Denton Harris**
Stichter Riedel Blain & Postler, P.A.
110 E Madison Street
Suite 200
Tampa, FL 33602-4700
(813) 229-0144
Fax : (813) 229-181
Email: aharris.ecf@srbp.com

APPELLEE:   VMOB, LLC, The Block in Soho, LLC and PNC, LLC

ATTORNEY:   Leon A. Williamson, Jr., PA
Law Office of Leon A. Williamson,
306 South Plant Ave., Ste. B
Tampa, FL 33606
(813) 253-3109
Fax: (813) 253-3215
Leon@williamsonLaw.com

APPELLEE:   Frank R. Kane

ATTORNEY:   Eric D. Jacobs
Genovese Joblove & Battista, P.A.
100 N. Tampa Street, Ste. 2600
Tampa, FL 33602
(813) 439-3100
Fax: (813) 439-3153
ejacobs@gjb.law.com

ADDITIONAL PARTIES IN INTEREST INCLUDE:

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8003 are:
- Notice of Appeal

The debtor's county of residence is Hillsborough, Florida.

DATED on February 23, 2021.

FOR THE COURT
Sheryl Loesch, Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602