UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS ORTIZ,

    Appellant,

v.

FRANK R. KANE, HOWARD
AVENUE STATION, LLC,
and et. al.

    Appellees.
_____/

Case No: 8:21-cv-00431-CEH

Bankr. Pro. No. 8:12-bk-08821-CPM

## **APPELLANT THOMAS ORTIZ'S AMENDED CERTIFICATION, AS TO APPELLANT THOMAS ORTIZ'S MOTION TO TRANSFER APPEAL FILED IN THIS APPEAL ON MARCH 26, 2021**

Appellant Thomas Ortiz, pro se, pursuant to the applicable rules of procedure and other law, hereby files this Appellant Thomas Ortiz's Amended Certification, as to Appellant Thomas Ortiz's Motion to Transfer Appeal Filed in this Cause on March 26, 2021, and states as follows:

1. On March 26, 2021, I filed in this appeal Appellant Thomas Ortiz's Motion to Transfer Appeal ("Motion to Transfer").

2. However, I mistakenly stated in paragraph 12 of said Motion to Transfer that I complied with Middle District Local Rule 1.04(b), as to my obligation to confer with the other parties or their counsel prior to filing the Motion to Transfer, when I should have stated in the Motion to Transfer that I complied with Middle District Local Rule 3.01(g) and my obligation thereunder to confer with the other parties or their counsel prior to filing the Motion to Transfer.

3. Accordingly, I hereby file this Amended Certification so that the Motion to Transfer that I filed on March 26, 2021 complies with Middle District Local Rule 3.01(g).

1

LOCAL RULE 3.01(g) CERTIFICATION REQUIRED BY MIDDLE DISTRICT

I hereby certify, in accordance with Middle District Local Rule 3.01(g), that I reached out to the attorneys for the other parties to this appeal to confer with them, prior to filing this Motion, as to whether or not they object to the relief sought in this Motion. Counsel for the Debtor, Howard Avenue Station, LLC, advised that the Debtor does not object to the relief sought in this Motion. Counsel for Appellee, Frank Kane, has not yet responded to my requests to confer as to whether or not Mr. Kane objects to the relief sought in this Motion, and, therefore, has been unavailable for the required conference before I filed this Motion, in accordance with Middle District Local Rule 3.01(g)(3).

    Respectfully submitted,

    /s/ Thomas Ortiz
    THOMAS ORTIZ
    303 S. Melville Ave.
    Tampa, Florida 33606
    (813) 714-8085

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this  30     day of  March 2021, true and correct copies of the foregoing has been served on the following:

United States Trustee, Timberlake Annex, Suite 1200, 501 E. Polk St., Tampa, FL 33602;

Stuart J Levine, 601 Bayshore Blvd., Suite 720, Tampa, FL 33606;

Amy Denton Harris, 110 East Madison Street, Suite 200, Tampa, FL 33602;

Eric D. Jacobs, GENOVESE JOBLOVE & BATTISTA, P.A.,100 N. Tampa Street, Suite 1645,, Tampa, FL 33602;

and any other parties who receive electronic notices via CM/ECF in the ordinary course of business.