UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS ORTIZ,

    Appellant,

v.

FRANK R. KANE, HOWARD
AVENUE STATION, LLC,
and et. al.

    Appellees.
_____/

Case No: 8:21-cv-00431-CEH

Bankr. Pro. No. 8:12-bk-08821-CPM

## APPELLANT THOMAS ORTIZ'S SECOND AMENDED CERTIFICATION, AS TO APPELLANT THOMAS ORTIZ'S MOTION TO TRANSFER APPEAL FILED IN THIS APPEAL ON MARCH 26, 2021

Appellant Thomas Ortiz, pro se, pursuant to the applicable rules of procedure and other law, hereby files this Appellant Thomas Ortiz's Second Amended Certification, as to Appellant Thomas Ortiz's Motion to Transfer Appeal Filed in this Cause on March 26, 2021, and states as follows:

1.    On March 26, 2021, I filed in this appeal Appellant Thomas Ortiz's Motion to Transfer Appeal ("Motion to Transfer").

2.    On March 30, 2021, I filed Appellant Thomas Ortiz's Amended Certification, as to Appellant Thomas Ortiz's Motion to Transfer Appeal Filed in this Appeal on March 26, 2021, whereby I amended the Certification because I had mistakenly stated in paragraph 12 of said Motion to Transfer that I complied with Middle District Local Rule 1.04(b), as to my obligation to confer with the other parties or their counsel prior to filing the Motion to Transfer, when I should have stated in the Motion to Transfer that I complied with Middle District Local Rule 3.01(g) and my obligation thereunder to confer with the other parties or their counsel prior to filing the Motion to Transfer.

3.    In accordance with Middle District Local Rule 3.01(g)(3), I hereby file this Appellant

Thomas Ortiz's Second Amended Certification, as to Appellant Thomas Ortiz's Motion to Transfer Appeal Filed in this Appeal on March 26, 2021.

LOCAL RULE 3.01(g) CERTIFICATION
(SECOND AMENDED) REQUIRED BY MIDDLE DISTRICT

I hereby certify, in accordance with Middle District Local Rule 3.01(g), that I reached out to the attorneys for the other parties to this appeal to confer with them, prior to filing the Motion to Transfer, as to whether or not they object to the relief sought in the Motion to Transfer.

Counsel for the Debtor, Howard Avenue Station, LLC, advised that the Debtor does not object to the relief sought in the Motion to Transfer.

Mr. Eric Jacobs, who is counsel for Appellee, Frank Kane, had not responded to my requests to confer as to whether or not Mr. Kane objects to the relief sought in the Motion to Transfer, and, therefore, was unavailable for the required conference, in accordance with Middle District Local Rule 3.01(g), before I filed the Motion to Transfer.

I diligently tried for more than three days after I filed the Motion to Transfer to contact Mr. Jacobs, so that we could have the required conference as to whether or not Mr. Kane objects to the relief sought in the Motion to Transfer.  Unfortunately, even though I was finally able to exchange an email with Mr. Jacobs after the three day required period, I was still unable to have the required conference with Mr. Jacobs, and as a result, I still do not know whether or not Mr. Kane objects to the relief sought in the Motion to Transfer.  In accordance with Middle District Local Rule 3.01(g)(3), I hereby file this Second Amended Certification advising the Court regarding my diligent attempts, as stated above, to have the required conference with Mr. Jacobs for three consecutive days after I filed the Motion to Transfer.

Respectfully submitted,

/s/ Thomas Ortiz
THOMAS ORTIZ
303 S. Melville Ave.
Tampa, Florida 33606
(813) 714-8085

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this ___5___ day of April 2021, true and correct copies of the foregoing has been served on the following:

United States Trustee, Timberlake Annex, Suite 1200, 501 E. Polk St., Tampa, FL 33602;

Stuart J Levine, 601 Bayshore Blvd., Suite 720, Tampa, FL 33606;

Amy Denton Harris, 110 East Madison Street, Suite 200, Tampa, FL 33602;

Eric D. Jacobs, GENOVESE JOBLOVE & BATTISTA, P.A.,100 N. Tampa Street, Suite 1645,, Tampa, FL 33602;

and any other parties who receive electronic notices via CM/ECF in the ordinary course of business.