UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PNC, LLC, THE BLOCK
IN SOHO, LLC, and
VMOB, LLC,

    Case No: 8:19-cv-00431-CEH

    Appellants,

v.    Bankr. Pro. No. 8:12-bk-08821-CPM

FRANK R. KANE, HOWARD
AVENUE STATION, LLC,
and THOMAS ORTIZ,

    Appellees.
_____/

APPELLANTS' NOTICE OF FILING
DESIGNATION OF THE RECORD WITH THE BANKRUPTCY CLERK AND STATEMENT OF ISSUES TO BE PRESENTED IN APPEAL BEFORE THE DISTRICT COURT CASE NO. 8:21-CV-00431-CEH

    Appellant, Thomas Ortiz, give notice that Appellants, as required by Rule 8009, *Federal Rules of Bankruptcy Procedure,* filed a *DESIGNATION OF RECORD and STATEMENT OF ISSUES TO BE PRESENTED IN APPEAL BEFORE THE DISTRICT COURT CASE NO. 8:21-CV-00431-CEH* with the Bankruptcy Clerk on May 10, 2021. A copy of the Designation and Statement of Issues is attached hereto.

    Respectfully submitted,

    /s/ Thomas Ortiz
    THOMAS ORTIZ
    303 S. Melville Ave.
    Tampa, Florida 33606
    (813) 714-8085

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this __11__ day of May 2021, true and correct copies of the foregoing has been served on the following:

United States Trustee, Timberlake Annex, Suite 1200, 501 E. Polk St., Tampa, FL 33602;

Stuart J Levine, 601 Bayshore Blvd., Suite 720, Tampa, FL 33606;

Amy Denton Harris, 110 East Madison Street, Suite 200, Tampa, FL 33602;

Eric D. Jacobs, GENOVESE JOBLOVE & BATTISTA, P.A.,100 N. Tampa Street, Suite 1645,, Tampa, FL 33602;

and any other parties who receive electronic notices via CM/ECF in the ordinary course of business.