**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

HOWARD AVENUE STATION, LLC,

    Debtor,

_____/

Case No.: 8:12-bk-08821-CPM
Chapter 11

HOWARD AVENUE STATION, LLC,

    Plaintiff,

v.

FRANK KANE

    Defendant.

_____/

## THOMAS ORTIZ'S DESIGNATION OF RECORD ON APPEAL

COMES NOW, Appellant/Appellee, Thomas Ortiz, pro se, pursuant to Bankruptcy Rule 8009, hereby designates the following items to be included in the record in the appeal before the District Court in Case No. 8:21-cv-00431-CEH.

The items are from the following five cases or adversary proceedings: (A) 8:12-bk-08821-CPM; (B) 8:12-ap-00815; (C) 8:12-ap-00935-CPM; (D) 8:14-ap-1070-CPM; and (E) 8:15-ap-01070-CPM. The docket entries that I have designated to be included in the record are listed in the directly below the applicable case number or adversary proceeding number, attached hereto as Exhibit "A".

Respectfully submitted,

*Thomas Ortiz*
THOMAS ORTIZ
303 S. Melville Ave.
Tampa, Florida 33606
(813) 714-8085

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this __10__ day of May 2021, true and correct copies of this Notice has been served on the following:

United States Trustee, Timberlake Annex, Suite 1200, 501 E. Polk St., Tampa, FL 33602;

Stuart J Levine, 601 Bayshore Blvd., Suite 720, Tampa, FL 33606;

Amy Denton Harris, 110 East Madison Street, Suite 200, Tampa, FL 33602;

Eric D. Jacobs, GENOVESE JOBLOVE & BATTISTA, P.A.,100 N. Tampa Street, Suite 1645,, Tampa, FL 33602;

and **any other parties who receive electronic notices via CM/ECF in the ordinary course of business.**

# Exhibit "A"

**(A) Case No. 8:12-bk-8821-CPM (Main Bankruptcy Case)**

Frank Kane's Proof of Claim 2-1, including all Exhibits, filed 08/20/2012
Frank Kane's Proof of Claim 2-2, including all Exhibits, filed 05/08/2014
Frank Kane's Proof of Claim 2-3, including all Exhibits, filed 01/04/2019

| | |
|---|---|
| Docket Entry | 19 |
| Docket Entry | 50 |
| Docket Entry | 53 |
| Docket Entry | 59 |
| Docket Entry | 87 |
| Docket Entry | 96 |
| Docket Entry | 108 |
| Docket Entry | 127 |
| Docket Entry | 223 |
| Docket Entry | 233 |
| Docket Entry | 253 |
| Docket Entry | 268 |
| Docket Entry | 275 |
| Docket Entry | 278 |
| Docket Entry | 317 |
| Docket Entry | 318 |
| Docket Entry | 319 |
| Docket Entry | 320 |
| Docket Entry | 326 |
| Docket Entry | 356 |
| Docket Entry | 416 |
| Docket Entry | 440 |
| Docket Entry | 445 |
| Docket Entry | 446 |
| Docket Entry | 449 |
| Docket Entry | 453 |
| Docket Entry | 454 |
| Docket Entry | 460 |
| Docket Entry | 464 |
| Docket Entry | 465 |
| Docket Entry | 471 |
| Docket Entry | 475 |
| Docket Entry | 476 |
| Docket Entry | 490 |
| Docket Entry | 491 |
| Docket Entry | 493 |

| | |
|---|---|
| Docket Entry | 500 |
| Docket Entry | 501 |
| Docket Entry | 502 |
| Docket Entry | 510 |
| Docket Entry | 527 |
| Docket Entry | 528 |
| Docket Entry | 548 |
| Docket Entry | 560 |
| Docket Entry | 656 |
| Docket Entry | 667 |
| Docket Entry | 684 |
| Docket Entry | 685 |
| Docket Entry | 689 |
| Docket Entry | 693 |
| Docket Entry | 694 |
| Docket Entry | 695 |
| Docket Entry | 697 |
| Docket Entry | 704 |
| Docket Entry | 706 |
| Docket Entry | 721 |
| Docket Entry | 722 |
| Docket Entry | 779 |
| Docket Entry | 784 |
| Docket Entry | 786 |
| Docket Entry | 795 |
| Docket Entry | 809 |
| Docket Entry | 826 |
| Docket Entry | 833 |
| Docket Entry | 834 |
| Docket Entry | 839 |
| Docket Entry | 850 |
| Docket Entry | 854 |
| Docket Entry | 866 |
| Docket Entry | 868 |
| Docket Entry | 873 |
| Docket Entry | 877 |
| Docket Entry | 899 |
| Docket Entry | 905 |
| Docket Entry | 906 |
| Docket Entry | 911 |
| Docket Entry | 912 |
| Docket Entry | 918 |
| Docket Entry | 919 |

| | |
|---|---|
| Docket Entry | 924 |
| Docket Entry | 933 |
| Docket Entry | 937 |
| Docket Entry | 949 |
| Docket Entry | 970 |
| Docket Entry | 985 |
| Docket Entry | 989 |
| Docket Entry | 1017 |
| Docket Entry | 1020 |
| Docket Entry | 1021 |
| Docket Entry | 1023 |
| Docket Entry | 1026 |
| Docket Entry | 1027 |
| Docket Entry | 1028 |
| Docket Entry | 1037 |
| Docket Entry | 1038 |
| Docket Entry | 1040 |
| Docket Entry | 1046 |
| Docket Entry | 1047 |
| Docket Entry | 1049 |
| Docket Entry | 1050 |
| Docket Entry | 1056 |
| Docket Entry | 1071 |
| Docket Entry | 1072 |
| Docket Entry | 1073 |
| Docket Entry | 1074 |
| Docket Entry | 1075 |
| Docket Entry | 1076 |
| Docket Entry | 1077 |
| Docket Entry | 1082 |
| Docket Entry | 1084 |
| Docket Entry | 1085 |
| Docket Entry | 1086 |
| Docket Entry | 1088 |
| Docket Entry | 1099 |
| Docket Entry | 1104 |
| Docket Entry | 1105 |
| Docket Entry | 1109 |
| Docket Entry | 1111 |
| Docket Entry | 1113 |
| Docket Entry | 1114 |
| Docket Entry | 1115 |
| Docket Entry | 1120 |

| | |
|---|---|
| Docket Entry | 1121 |
| Docket Entry | 1122 |
| Docket Entry | 1123 |
| Docket Entry | 1128 |
| Docket Entry | 1131 |
| Docket Entry | 1133 |
| Docket Entry | 1142 |
| Docket Entry | 1150 |
| Docket Entry | 1152 |
| Docket Entry | 1154 |
| Docket Entry | 1160 |
| Docket Entry | 1174 |
| Docket Entry | 1175 |
| Docket Entry | 1176 |
| Docket Entry | 1178 |
| Docket Entry | 1179 |
| Docket Entry | 1180 |
| Docket Entry | 1181 |
| Docket Entry | 1185 |
| Docket Entry | 1204 |
| Docket Entry | 1225 |
| Docket Entry | 1230 |
| Docket Entry | 1232 |
| Docket Entry | 1240 |
| Docket Entry | 1245 |
| Docket Entry | 1249 |
| Docket Entry | 1255 |
| Docket Entry | 1262 |
| Docket Entry | 1272 |
| Docket Entry | 1273 |
| Docket Entry | 1281 |

**(B) 8:12-ap-00815-CPM**

| | |
|---|---|
| Docket Entry | 1 |
| Docket Entry | 3 |
| Docket Entry | 205 |
| Docket Entry | 292 |
| Docket Entry | 293 |
| Docket Entry | 301 |
| Docket Entry | 302 |
| Docket Entry | 303 |

Sheet1

| | |
|---|---|
| Docket Entry | 305 |
| Docket Entry | 306 |
| Docket Entry | 307 |
| Docket Entry | 309 |
| Docket Entry | 310 |
| Docket Entry | 325 |
| Docket Entry | 327 |
| Docket Entry | 330 |
| Docket Entry | 333 |
| Docket Entry | 342 |
| Docket Entry | 345 |
| Docket Entry | 349 |
| Docket Entry | 351 |
| Docket Entry | 353 |
| Docket Entry | 361 |
| Docket Entry | 362 |
| Docket Entry | 371 |
| Docket Entry | 372 |
| Docket Entry | 377 |
| Docket Entry | 378 |
| Docket Entry | 379 |
| Docket Entry | 380 |
| Docket Entry | 381 |
| Docket Entry | 389 |
| Docket Entry | 391 |
| Docket Entry | 396 |
| Docket Entry | 399 |
| Docket Entry | 404 |
| Docket Entry | 406 |
| Docket Entry | 425 |
| Docket Entry | 426 |
| Docket Entry | 427 |
| Docket Entry | 432 |
| Docket Entry | 444 |
| Docket Entry | 451 |
| Docket Entry | 452 |
| Docket Entry | 453 |
| Docket Entry | 454 |
| Docket Entry | 458 |
| Docket Entry | 459 |
| Docket Entry | 460 |
| Docket Entry | 461 |
| Docket Entry | 463 |

| | |
|---|---|
| Docket Entry | 469 |
| Docket Entry | 470 |
| Docket Entry | 471 |
| Docket Entry | 475 |
| Docket Entry | 476 |
| Docket Entry | 483 |

**(C) 8:12-ap-00935-CPM**

| | |
|---|---|
| Docket Entry | 1 |
| Docket Entry | 3 |
| Docket Entry | 4 |
| Docket Entry | 17 |
| Docket Entry | 20 |
| Docket Entry | 22 |
| Docket Entry | 23 |
| Docket Entry | 24 |
| Docket Entry | 26 |
| Docket Entry | 27 |
| Docket Entry | 29 |
| Docket Entry | 32 |
| Docket Entry | 37 |
| Docket Entry | 42 |
| Docket Entry | 45 |
| Docket Entry | 46 |
| Docket Entry | 47 |
| Docket Entry | 48 |
| Docket Entry | 51 |
| Docket Entry | 52 |
| Docket Entry | 55 |
| Docket Entry | 59 |
| Docket Entry | 64 |
| Docket Entry | 65 |
| Docket Entry | 66 |
| Docket Entry | 67 |
| Docket Entry | 68 |
| Docket Entry | 69 |
| Docket Entry | 70 |
| Docket Entry | 71 |
| Docket Entry | 72 |
| Docket Entry | 73 |
| Docket Entry | 75 |

| | |
|---|---|
| Docket Entry | 81 |
| Docket Entry | 89 |
| Docket Entry | 93 |
| Docket Entry | 94 |
| Docket Entry | 95 |
| Docket Entry | 96 |
| Docket Entry | 98 |
| Docket Entry | 99 |
| Docket Entry | 100 |
| Docket Entry | 101 |
| Docket Entry | 110 |
| Docket Entry | 111 |
| Docket Entry | 117 |
| Docket Entry | 119 |
| Docket Entry | 121 |
| Docket Entry | 127 |
| Docket Entry | 128 |
| Docket Entry | 129 |
| Docket Entry | 137 |
| Docket Entry | 138 |
| Docket Entry | 139 |
| Docket Entry | 140 |
| Docket Entry | 141 |
| Docket Entry | 142 |
| Docket Entry | 148 |
| Docket Entry | 149 |
| Docket Entry | 214 |

### (D) 8:14-ap-01070-CPM

| | |
|---|---|
| Docket Entry | 1 |
| Docket Entry | 3 |
| Docket Entry | 4 |
| Docket Entry | 5 |
| Docket Entry | 13 |
| Docket Entry | 19 |
| Docket Entry | 34 |
| Docket Entry | 37 |
| Docket Entry | 43 |
| Docket Entry | 47 |
| Docket Entry | 71 |
| Docket Entry | 77 |

Sheet1

| | |
|---|---|
| Docket Entry | 82 |
| Docket Entry | 89 |
| Docket Entry | 100 |
| Docket Entry | 107 |
| Docket Entry | 108 |
| Docket Entry | 116 |
| Docket Entry | 120 |
| Docket Entry | 127 |
| Docket Entry | 128 |
| Docket Entry | 131 |
| Docket Entry | 146 |
| Docket Entry | 160 |
| Docket Entry | 169 |
| Docket Entry | 174 |
| Docket Entry | 175 |
| Docket Entry | 176 |
| Docket Entry | 177 |
| Docket Entry | 178 |
| Docket Entry | 183 |
| Docket Entry | 184 |
| Docket Entry | 196 |
| Docket Entry | 215 |
| Docket Entry | 216 |
| Docket Entry | 217 |
| Docket Entry | 218 |
| Docket Entry | 222 |
| Docket Entry | 223 |
| Docket Entry | 226 |
| Docket Entry | 229 |
| Docket Entry | 230 |
| Docket Entry | 231 |
| Docket Entry | 237 |
| Docket Entry | 248 |
| Docket Entry | 249 |
| Docket Entry | 250 |
| Docket Entry | 253 |
| Docket Entry | 267 |
| Docket Entry | 272 |
| Docket Entry | 275 |
| Docket Entry | 276 |
| Docket Entry | 287 |
| Docket Entry | 290 |
| Docket Entry | 293 |

| | |
|---|---|
| Docket Entry | 294 |
| Docket Entry | 295 |
| Docket Entry | 296 |
| Docket Entry | 297 |
| Docket Entry | 298 |
| Docket Entry | 304 |
| Docket Entry | 308 |
| Docket Entry | 316 |
| Docket Entry | 319 |
| Docket Entry | 326 |
| Docket Entry | 331 |
| Docket Entry | 340 |
| Docket Entry | 341 |
| Docket Entry | 342 |
| Docket Entry | 343 |
| Docket Entry | 350 |
| Docket Entry | 351 |
| Docket Entry | 352 |
| Docket Entry | 353 |
| Docket Entry | 354 |
| Docket Entry | 361 |
| Docket Entry | 363 |
| Docket Entry | 364 |
| Docket Entry | 365 |
| Docket Entry | 371 |
| Docket Entry | 372 |
| Docket Entry | 373 |
| Docket Entry | 374 |
| Docket Entry | 375 |
| Docket Entry | 382 |
| Docket Entry | 384 |
| Docket Entry | 391 |
| Docket Entry | 401 |
| Docket Entry | 420 |
| Docket Entry | 480 |
| Docket Entry | 481 |
| Docket Entry | 561 |
| Docket Entry | 571 |
| Docket Entry | 572 |
| Docket Entry | 585 |
| Docket Entry | 592 |
| Docket Entry | 595 |
| Docket Entry | 630 |

| | |
|---|---|
| Docket Entry | 640 |
| Docket Entry | 648 |
| Docket Entry | 672 |
| Docket Entry | 673 |
| Docket Entry | 687 |
| Docket Entry | 702 |
| Docket Entry | 724 |
| Docket Entry | 727 |
| Docket Entry | 731 |
| Docket Entry | 735 |
| Docket Entry | 741 |
| Docket Entry | 743 |
| Docket Entry | 745 |
| Docket Entry | 746 |
| Docket Entry | 750 |
| Docket Entry | 752 |
| Docket Entry | 753 |
| Docket Entry | 757 |
| Docket Entry | 758 |
| Docket Entry | 760 |
| Docket Entry | 761 |
| Docket Entry | 768 |
| Docket Entry | 776 |
| Docket Entry | 778 |
| Docket Entry | 784 |
| Docket Entry | 785 |
| Docket Entry | 786 |
| Docket Entry | 787 |
| Docket Entry | 788 |
| Docket Entry | 791 |
| Docket Entry | 792 |
| Docket Entry | 793 |
| Docket Entry | 794 |
| Docket Entry | 799 |
| Docket Entry | 807 |
| Docket Entry | 808 |
| Docket Entry | 809 |
| Docket Entry | 810 |
| Docket Entry | 812 |
| Docket Entry | 813 |
| Docket Entry | 819 |
| Docket Entry | 820 |
| Docket Entry | 821 |

| | |
|---|---|
| Docket Entry | 830 |
| Docket Entry | 831 |
| Docket Entry | 836 |
| Docket Entry | 837 |
| Docket Entry | 838 |
| Docket Entry | 841 |
| Docket Entry | 842 |
| Docket Entry | 843 |
| Docket Entry | 845 |
| Docket Entry | 846 |
| Docket Entry | 847 |
| Docket Entry | 849 |
| Docket Entry | 850 |
| Docket Entry | 851 |
| Docket Entry | 852 |
| Docket Entry | 855 |
| Docket Entry | 860 |
| Docket Entry | 861 |
| Docket Entry | 868 |
| Docket Entry | 869 |
| Docket Entry | 870 |
| Docket Entry | 871 |
| Docket Entry | 872 |
| Docket Entry | 874 |
| Docket Entry | 877 |
| Docket Entry | 883 |
| Docket Entry | 888 |
| Docket Entry | 894 |
| Docket Entry | 895 |
| Docket Entry | 951 |
| Docket Entry | 952 |
| Docket Entry | 953 |
| Docket Entry | 956 |
| Docket Entry | 963 |
| Docket Entry | 964 |
| Docket Entry | 965 |
| Docket Entry | 975 |
| Docket Entry | 976 |
| Docket Entry | 978 |
| Docket Entry | 981 |
| Docket Entry | 1000 |
| Docket Entry | 1001 |
| Docket Entry | 1002 |

Docket Entry     1005
Docket Entry     1007
Docket Entry     1012
Docket Entry     1017
Docket Entry     1022
Docket Entry     1025
Docket Entry     1028
Docket Entry     1031
Docket Entry     1034
Docket Entry     1048


<u>(E) 8:15-ap-01070-CPM</u>
Docket Entry        1
Docket Entry        5
Docket Entry       12
Docket Entry       14

Page 12

16