UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

HOWARD AVENUE STATION, LLC,

    Debtor,
_____/

Case No.: 8:12-bk-08821-CPM
Chapter 11

HOWARD AVENUE STATION, LLC,

    Plaintiff,

v.

FRANK KANE

    Defendant.
_____/

## APPELLANT THOMAS ORTIZ'S STATEMENT OF ISSUES TO BE PRESENTED IN APPEAL BEFORE THE DISTRICT COURT CASE NO. 8:21-CV-00431-CEH

### *Statement of Issues to be Presented*

1. Did the bankruptcy court err in determining that withheld rent and adequate protection payments "shall be paid" to Frank Kane as soon as the required repairs have been made to the leased premises in accordance with Florida Statutes, § 83.201, the Notices of Violation issued by the City of Tampa have been cured, and the Orders to Vacate issued by the City of Tampa have been lifted?

2. Did the bankruptcy court err in determining that withheld rent and adequate protection payments may be retained, pursuant to Fla. Stat. § 83.201, "if the premises are abandoned"?

3. Did the bankruptcy court err in its interpretation of the Commercial Lease and, specifically paragraph 19, and whether rent is owed for any period or month, or part thereof, that the Debtor could not or cannot "peaceably and quietly hold and enjoy the Demised Premises" because of Frank Kane's breach or breaches of the Commercial Lease.

1

4. Did the bankruptcy court err in not considering the impact of the Debtor's Chapter 11 and the Bankruptcy Code, including but not limited to 11 U.S.C. § 105 and 11 U.S.C. § *365, on the Debtor's obligation to pay rent and make adequate protection payments?

Respectfully submitted,

*Thomas Ortiz*
THOMAS ORTIZ
303 S. Melville Ave.
Tampa, Florida 33606
(813) 714-8085

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this __10__ day of May 2021, true and correct copies of this Notice has been served on the following:

United States Trustee, Timberlake Annex, Suite 1200, 501 E. Polk St., Tampa, FL 33602;

Stuart J Levine, 601 Bayshore Blvd., Suite 720, Tampa, FL 33606;

Amy Denton Harris, 110 East Madison Street, Suite 200, Tampa, FL 33602;

Eric D. Jacobs, GENOVESE JOBLOVE & BATTISTA, P.A.,100 N. Tampa Street, Suite 1645,, Tampa, FL 33602;

and **any other parties who receive electronic notices via CM/ECF in the ordinary course of business.**