UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                          Case No. 8:12–bk–08821–CPM
                                                               Chapter 11

Howard Avenue Station, LLC

                                                 District Court. Case No. 8:21-cv-00431

       Debtor(s)        /

## TRANSMITTAL OF LIMITED RECORD TO DISTRICT COURT

   This is an appeal pursuant to 28 U.S.C. §158(a) from a judgment, order or decree of the Bankruptcy Court entered in a contested matter in this bankruptcy case.

   Re: Notice of Appeal filed by Thomas Ortiz on February 2, 2021 (Doc. No. 1249) and transmitted to District Court on February 23, 2021.

   The party or parties included in the appeal to District Court are:

   APPELLANT: Thomas Ortiz, 303 S. Melville Ave., Tampa, FL 33606

      ATTORNEY: Pro Se

   APPELLEE: Howard Avenue Station, LLC

      ATTORNEY: Amy Denton Harris, Stichter Riedel Blain & Postler, P.A., 110 E Madison Street Suite 200, Tampa, FL 33602–4700 (813) 229–0144 Fax : (813) 229–181

      APPELLEE:
      VMOB, LLC, The Block in Soho, LLC and PNC, LLC

      ATTORNEY:
      Leon A. Williamson, Jr., PA
      Law Office of Leon A. Williamson,
      306 South Plant Ave., Ste. B
      Tampa, FL 33606
      (813) 253–3109
      Fax: (813) 253–3215
      Leon@williamsonLaw.com

      APPELLEE:
      Frank R. Kane

      ATTORNEY:
      Eric D. Jacobs
      Genovese Joblove & Battista, P.A.
      100 N. Tampa Street, Ste. 2600

Tampa, FL 33602
(813) 439–3100
Fax: (813) 439–3153
ejacobs@gjb.law.com

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8009 and 8010 are:

The notice of appeal

The judgment, order, or decree being appealed

The debtor's county of residence is Hillsborough County, Florida.

DATED on June 17, 2021

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.