[jiffyord] [Bench Order +]

ORDERED.

Dated: January 19, 2021

Catherine M<sup>c</sup>Ewen
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                   Case No.
                                                                                         8:12−bk−08821−CPM
                                                                                         Chapter 11

Howard Avenue Station, LLC

_____Debtor*_____/

**ORDER DENYING MOTION TO AMEND "ORDER ON MOTION FOR CLARIFICATIONS: SUPPLEMENTING ORDERS AT DOCKET NOS. 1111 AND 1115" (DOC. 1204) ENTERED ON NOVEMBER 10, 2020**

THIS CASE came on for hearing on January 19, 2021 , for consideration of the **Motion to Amend "Order on Motion for Clarifications: Supplementing Orders at Docket Nos. 1111 and 1115" (Doc. 1204) entered on November 10, 2020** (Doc. **1230** ), filed by **Debtor Howard Avenue Station, LLC** .

For the reasons stated orally and recorded in open court, the Motion to Amend "Order on Motion for Clarifications: Supplementing Orders at Docket Nos. 1111 and 1115" (Doc. 1204) entered on November 10, 2020 is Denied .

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.

Approved for entry.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.