# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

Elizabeth M. Warren            Keshia M. Jones
Clerk of Court            Tampa Division Manager

In re: Howard Avenue Station, LLC, VMOB, LLC, Block in Soho, LLC, PNC, LLC and Frank R. Kane

THOMAS ORTIZ,

    Appellant,

v.                                    Case No: 8:21-cv-431-CEH

HOWARD AVENUE STATION, LLC, VMOB, LLC,
BLOCK IN SOHO, LLC, PNC, LLC and FRANK R.
KANE,

    Appellees.
_____

# NOTICE OF FILING BANKRUPTCY APPEAL IN THE DISTRICT COURT

## BANKRUPTCY CASE NO. 8:12-bk-8821-CPM

The record on appeal was docketed on June 17, 2021.

The appeal has been assigned to the Honorable Charlene Edwards Honeywell for all further proceedings.

Parties shall comply with the filing and format requirements established by Rule 8018 of the Rules of Bankruptcy Procedure and Rule 1.05 of the Local Rules of the United States District Court for the Middle District of Florida. All pleadings and/or other instruments related to this appeal shall be filed in the District Court. The caption of *all* pleadings and/or other instruments filed in this Court shall contain all of the District Court and Bankruptcy Court case numbers referenced above. Failure to comply may result in the pleading being rejected for filing, misrouted, or otherwise delayed in processing.

                                       ELIZABETH M. WARREN, CLERK

                                       By:      s/C. Roberts, Deputy Clerk

Copies furnished to:

Counsel of Record
Unrepresented Parties of Record
Bankruptcy Court Clerk's Office