UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmd.uscourts.gov

THOMAS ORTIZ,

                                        Case No. 8:21-cv-00431-CEH

        Appellant,

v.                                      Bankr. Pro. No. 8:12-bk-08821-CPM

HOWARD AVENUE STATION, LLC, PNC INVESTMENTS, LLC, THE BLOCK IN SOHO, LLC, VMOB, LLC, and FRANK R. KANE,

        Appellees.

_____/

## APPELLEE FRANK R. KANE'S MOTION TO DISMISS APPEAL

Appellee, Frank R. Kane ("Kane"), by and through undersigned counsel, seeks the entry of an Order dismissing this appeal filed by Appellant, Thomas Ortiz, for failure to timely comply with the Federal Rules of Bankruptcy Procedure. In support of this Motion to Dismiss, Kane states as follows:

1.       This appeal must be dismissed as Appellant, Thomas Ortiz ("Appellant") has failed to designate the record as required by Fed. R. Bankr. P. 8009(a), and failed to file his initial brief as required by Fed. R. Bankr. P. 8018.

2.       The Appeal has been pending for nearly 3 months with little to no activity. Ortiz never sought an extension of time to file the designation of record on appeal, and the Court never ordered such other deadline for the designation to occur.

**A. Appellant Failed to Comply with Rule 8009(a)**

3.     The Notice of Appeal [ECF No. 1] was filed on February 2, 2021. Accordingly, Appellant's deadline to designate the record was Tuesday, February 16, 2021. However, Appellant failed to designate the record.

4.     Appellant has failed to file the designation of record on appeal required by Fed. R. Bankr. P. 8009(a), which states: "The appellant **must** file with the bankruptcy clerk and serve on the appellee a designation of the items to be included in the record on appeal and a statement of the issues to be presented" within 14 days after the notice of appeal is filed. Fed. R. Bankr. P. 8009(a)(1)(A), (B) (emphasis added).

5.     Appellant's deadline to comply with Rule 8009(a) expired on February 16, 2021. Appellant's failure to timely designate the record on appeal is grounds for dismissal. *See Lawrence v. Educ. Credit Mgmt. Corp.*, 522 F. App'x 836, 839 (11th Cir. 2013) ("If an appellant fails to take any necessary step in a bankruptcy appeal before the district court (except for timely filing a notice of appeal) . . . it is grounds 'for such action as the district court ... deems appropriate, which may include dismissal of the appeal.'").

6.     Notwithstanding the expiration of time, on May 10, 2021, Appellant filed his Statement of Issues to be Presented in Appeal Before the District Court Case No. 8:21-cv-00431-CEH in the underlying bankruptcy case (the "Designation"). On May 11, 2021, Appellant filed a notice of filing in this Court transmitting the filing [ECF No. 5].

7.     On May 20, 2021, in the bankruptcy case, Appellee filed his Motion to Strike the Designation [ECF No. 6-3].

8.     On June 16, 2021, this bankruptcy court entered the Order Granting Motion to Strike Thomas Ortiz's Statement of Issues and Designation of Record in Appeal [ECF No. 6-4]. Accordingly, on June 17, 2021, the limited bankruptcy record was transmitted to this Court.

**B.     Appellant Failed to Comply with Rule 8018**

9.     On June 17, 2021, the clerk of this Court entered the Notice of Filing Bankruptcy Appeal in the District Court Bankruptcy Case No. 8:12-bk-8821-CPM [ECF No. 7]. The notice specifically states that the record on appeal as docketed on June 17, 2021, and that parties shall comply with the filing and format requirements established by Rule 8018 of the Rules of Bankruptcy Procedure and Rule 1.05 of the Local Rules of the United States District Court for the Middle District of Florida.

10.     Appellant has failed to file to serve and file a brief as required by Fed. R. Bankr. P. 8018(a)(1), which states: "The appellant **must** serve and file a brief within 30 days after the docketing of notice that the record has been transmitted or is available electronically." Fed. R. Bankr. P. 8018(a)(1) (emphasis added).

11.     Appellant's deadline to comply with Rule 8018(a)(1) expired on Saturday, July 17, 2021, which rolled to Monday, July 19, 2021.

12.     As of the date of this Motion to Dismiss, Appellant has yet to file his initial brief, or request an extension of such deadline, and the deadline imposed by Rule 8018(a)(1), Fed. R. Bankr. P., has passed.

13.     Because of the continued failure of Appellant to comply with procedural rules, including the failure to file the designation of record and statement of the issues as

required by Bankruptcy Rule 8009, and the failure to serve and file a brief as required by Bankruptcy Rule 8018, this Court should dismiss the appeal.

**WHEREFORE**, Appellee, Frank R. Kane respectfully requests that this Court grant the relief requested herein and dismiss the Appeal and for such further relief as this Court deems just and proper.

DATED: July 28, 2021.

GENOVESE JOBLOVE & BATTISTA, P.A.
*Counsel for Frank Kane*
100 N. Tampa Street, Suite 2600
Tampa, Florida 33602
Tel. (813) 439.3100
Fax (813) 439.3110

By:  */s/ Eric D. Jacobs*
    Eric D. Jacobs
    Fla. Bar. No. 85992
    Email: ejacobs@gjb.law

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on July 28, 2021, a true and correct copy of the foregoing has been furnished via electronic mail to all registered users through the CM/ECF System and via First Class U.S. Mail, to:

Thomas Ortiz
303 S. Melville Avenue
Tampa, FL 33606

By:  */s/ Eric D. Jacobs*
    Eric D. Jacobs, Esq.