UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS ORTIZ,

    Appellant

v.                                              CASE NO: 8:21-cv-00431-CEH

HOWARD AVENUE STATION,
LLC, et. al.,

    Appellees
_____/

## **O R D E R**

This matter comes before the Court *sua sponte*. On July 28, 2021, Appellee Frank R. Kane filed a motion seeking to dismiss this appeal pursuant to Federal Rules of Bankruptcy Procedure 8009 and 8018. [Doc. 8]. Appellant Thomas Ortiz has yet to file a response to Mr. Kane's motion and the time to do so has expired. Accordingly, Mr. Ortiz is directed to file a response to Mr. Kane's Motion to Dismiss by or before October 8, 2021.

**DONE AND ORDERED** in Tampa, Florida on September 24, 2021.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any